**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-01939-WJM-KMT

BEVERLY ANN TWITCHELL,

    Plaintiff,

v.

STUART HUTTON, in his individual and official capacity,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO SET REBUTTAL EXPERT DEADLINE AND DEADLINE FOR EXPERT DISCOVERY**

---

This matter comes before the Court the parties' Joint Motion to Set Rebuttal Expert Deadline and Deadline for Expert Discovery, filed September 27, 2012 (ECF No. 110). The Court having reviewed the motion and being fully advised, good cause having been shown, hereby ORDERS as follows:

1. The parties' Joint Motion is GRANTED;

2. The deadline for Hutton's rebuttal expert designation is extended to October 10, 2012;

3. The expert discovery deadline is extended to November 1, 2012; and

4. The deadline for submission of any Rule 702 motion is extended to November 15, 2012.

DATED this 28th day of September, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge