**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-01939-WJM-KMT

BEVERLY A. TWITCHELL,

    Plaintiff,

v.

STUART HUTTON, in his individual and official capacity,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

---

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss filed November 13, 2012 (ECF No. 112). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or his own attorney's fees and costs.

Dated this 14th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge